STATE of Missouri, Respondent,

v.

Anthony FINERSON, Appellant.

No. ED 101005

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: April 21, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
14, 2015

Application for Transfer Denied
September 22, 2015

Emmett D. Queener, Woodrail Centre,
1000 West Nifong, Building 7, Suite 100,
Columbia, MO 65203, for appellant.

Chris Koster, Evan Joseph Buchheim,
P.O. Box 899, Jefferson City, MO 65102,
for respondent.

Before Lawrence E. Mooney, P.J.,
Clifford H. Ahrens, J., and Lisa Van
Amburg, J.

### ORDER

PER CURIAM

Anthony Finerson appeals from the
judgment of the motion court that denied
his Rule 29.07(d) motion to withdraw his
plea of guilty after an evidentiary hearing.

We have reviewed the briefs of the par-
ties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their in-
formation only, setting forth the facts and
reasons for this order.

The judgment of the trial court is af-
firmed in accordance with Rule 84.16(b).